JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK SARKISSIAN, an individual; ANA SARKISSIAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, a Liberty Mutual Company, a business entity; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00094-SSS-SHKx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear her, his, and its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 24, 2025

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE